# In the United States Court of Federal Claims

No. 15-1322 C

Filed: November 25, 2015

```
*************************************
CACI TECHNOLOGIES, INC.,           *
                                   *
       Plaintiff,                  *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
       Defendant,                  *
                                   *
BOOZ ALLEN HAMILTON, INC.          *
                                   *
       Defendant-Intervenor.       *
                                   *
                                   *
*************************************
```

## ORDER

Pursuant to Plaintiff's November 24, 2015 Consent Motion to Dismiss Without Prejudice, this case is dismissed and the November 11, 2015 Temporary Restraining Order is dissolved.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**